UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROGER SHERMAN and KATHY
SHERMAN,

        Plaintiffs,

v.                               Case No:   2:14-cv-173-FtM-38DNF

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.

_____/

## ORDER[1]

      This matter comes before the Court on Defendant Novartis Pharmaceutical Corporation's Notice to Remove Katharine R. Latimer as Additional Counsel for Defendant (Doc. #18) filed on April 21, 2014 which the Court will construe as a Motion to Withdraw. Defendant conveys that Katharine Latimer will not be involved in this action and thus should be removed from the counsel list on the docket. Defendant, however, will be represented by the remaining counsels listed on the docket. No oppositions have been filed.

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendant Novartis Pharmaceutical Corporation's Notice to Remove Katharine R. Latimer as Additional Counsel for Defendant (Doc. #18) is **GRANTED**. The Clerk is directed to terminate Katharine R. Latimer as counsel of record for Defendant and remove her from any further notices of electronic filing in this matter.

       **DONE** and **ORDERED** in Fort Myers, Florida this 12th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record