UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROGER SHERMAN and KATHY SHERMAN,

    Plaintiffs,

v.                              Case No:   2:14-cv-173-FtM-38DNF

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.
_____/

## ORDER[1]

Because this case involves questions of law or fact common to those in <u>Campese v. Novartis Pharmaceuticals Corporation</u>, Case No.: 2:14-cv-00205-JES-DNF, currently before the Honorable John E. Steele, this cause is hereby transferred to Judge Steele, with his consent, for all further proceedings pursuant to Local Rule 1.04(b), Middle District of Florida. Plaintiffs' Motion to Consolidate Cases or, in the alternative, to Transfer before Same Judge and Supporting Memorandum of Law (Doc. 33-1) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of July, 2014.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.